**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6682**

———————

THOMAS M. TULLY,

Plaintiff - Appellant,

versus

NICOLE M. SPICER, Frederick County Virginia
Commonwealth Attorney; MELISSA RICE, Director
of Victim Witness Program; FRED D. HILDEBRAND,
Supervisor of Northwestern Regional Adult
Detention Center; GENE BOYCE, Telephone
overseer at Northwestern Regional Adult
Detention Center; LISA HOSKINS, Convicted liar
in Virginia Court System,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:07-cv-00188-SGW)

———————

Submitted:  August 23, 2007        Decided:  August 30, 2007

———————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas M. Tully, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas M. Tully appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Tully v. Spicer</u>, No. 7:07-cv-00188-SGW (W.D. Va. Apr. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>